AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PersonalWeb Technologies, LLC </br> *Plaintiff* </br> v. </br> Google, Inc. and YouTube, LLC </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) | Case No.   11-cv-656 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PersonalWeb Technologies, LLC

Date:   01/03/2012

*Attorney's signature*

Ashley L. McMillian, Bar No. 24070252
*Printed name and bar number*

Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

*Address*

amcmillian@susmangodfrey.com
*E-mail address*

(713) 653-7837
*Telephone number*

(713) 654-6666
*FAX number*