**ARNOLD & PORTER LLP**
Michael A. Berta (SBN 194650)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

Nicholas H. Lee (SBN 259588)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

**POTTER MINTON P.C.**
Michael E. Jones
Allen F. Gardner
110 N. College Avenue, Suite 500
Tyler, TX 75702
Phone: (903)-597-8311
Fax: (903)-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Attorneys for Defendants
Google Inc. and YouTube, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:13-cv-01317-EJD <br><br> **DEFENDANTS' NOTICE OF TRANSFER FROM THE EASTERN DISTRICT OF TEXAS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Judge Davis' March 21, 2013 Memorandum and Order conditionally granting transfer to this District (E.D. Tex. Case No. 11-cv-00656, Dkt. # 131) and Judge Wilken's March 29, 2013 Order (Dkt. # 2), Defendants Google Inc. and YouTube, LLC hereby notify the Court that on August 5, 2013 Judge Davis issued a Transfer Order (Dkt. # 179) immediately transferring this case to the Northern District of California. Defendants request the scheduling of a case management conference.

A copy of the August 5, 2013 Transfer Order is attached for the Court's convenience.

Dated: August 9, 2013

By:  /s/ Nicholas H. Lee
Michael A. Berta (SBN 194650)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

Nicholas H. Lee (SBN 259588)
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

Michael E. Jones
Allen F. Gardner
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, TX 75702
Phone: (903)-597-8311
Fax: (903)-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

*Attorneys for Defendants*
GOOGLE INC. and YOUTUBE, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the 9th day of August, 2013, a copy of the foregoing was served via the Court's ECF system, which will send electronic notice to the following counsel:

Davida Brook [dbrook@susmangodfrey.com]
Victoria Cook [vcook@susmangodfrey.com]
Justin Nelson [jnelson@susmangodfrey.com]
Kalpana Srinivasan [ksrinivasan@susmangodfrey.com]
Max Tribble, Jr. [mtribble@susmangodfrey.com]
Sandeep Seth [sseth@susmangodfrey.com]
Ashley McMillian [amcmillian@susmangodfrey.com]
Joseph Grinstein [jgrinstein@susmangodfrey.com]
Marc Seltzer [mseltzer@susmangodfrey.com]
Jeffrey Rambin [jrambin@capshawlaw.com]
Elizabeth DeRieux [ederieux@capshawlaw.com]
Sidney Capshaw [ccapshaw@capshawlaw.com]
Jack Wesley Hill [wh@wsfirm.com]
Thomas Ward Jr. [jw@wsfirm.com]

                                    */s/ Nicholas H. Lee*
                                    Nicholas H. Lee