1  MARC M. SELTZER (54534)
   KALPANA SRINIVASAN (237460)
2  DAVIDA BROOK (275370)
   SUSMAN GODFREY L.L.P.
3  1901 Avenue of the Stars, Suite 950
   Los Angeles, California 90067-6029
4  Telephone: (310) 789-3100
   Facsimile: (310) 789-3150
5  mseltzer@susmangodfrey.com
   ksrinivasan@susmangodfrey.com
6  dbrook@susmangodfrey.com

7  MAX L. TRIBBLE, JR. (*pro hac vice*)
   JOSEPH GRINSTEIN (*pro hac vice*)
8  ASHLEY L. MCMILLIAN (*pro hac vice*)
   SANDEEP SETH (*pro hac vice*)
9  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
10 Houston, Texas 77002-5096
   Telephone: (713) 651-9366
11 Facsimile: (713) 654-6666
   mtribble@susmangodfrey.com
12 jgrinstein@susmangodfrey.com
   amcmillian@susmangodfrey.com
13 sseth@susmangodfrey.com

14 Attorneys for Plaintiff PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. AND YOUTUBE, LLC<br><br>Defendants. | Case No 13-cv-01317 (EJD)<br><br>NOTICE OF APPEARANCE OF ASHLEY MCMILLIAN AS COUNSEL FOR PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following designated attorney hereby enters an appearance as additional counsel of record for plaintiff, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of plaintiff.

>Ashley McMillian (appearance *pro hac vice*)
>SUSMAN GODFREY L.L.P.
>1000 Louisiana, Suite 5100
>Houston, Texas 77002
>Telephone: (713) 651-9366
>Facsimile: (713) 654-6666
>amcmillian@susmangodfrey.com

Dated:  August 16, 2013

MARC M. SELTZER
KALPANA SRINIVASAN
DAVIDA BROOK
MAX L. TRIBBLE, JR.
JOSEPH GRINSTEIN
ASHLEY L. MCMILLIAN
SANDEEP SETH
SUSMAN GODFREY LLP


By: /s/ Ashley McMillian
ASHLEY MCMILLIAN
Attorneys for Plaintiff PersonalWeb Technologies, LLC

1

Notice Of Appearance Of Counsel
Case No. 13-CV-01317 (EJD)

2834181v1/012790