ARNOLD & PORTER LLP
Michael A. Berta (SBN 194650)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

Nicholas H. Lee (SBN 259588)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

Attorneys for Defendants
Google Inc. and YouTube, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC. and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:13-cv-01317-EJD<br><br>**L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR GOOGLE INC. AND YOUTUBE, LLC**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A<br>Courtroom:  N/A<br>Judge:  Hon. Edward J. Davila |

L.R. 3-16 CERTIFICATION
Case No. 13-cv-01317

1     Pursuant to Civil Local Rule ("Civil L.R.") 3-16, Defendants Google Inc. and YouTube, LLC (collectively, "Google") submit the following disclosure of non-party interested entities or persons.

    Pursuant to Civil L.R. 3-16(b)(3), the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

    Pursuant to Civil L.R. 3-16(b)(1), the undersigned further certifies that Defendant YouTube, LLC is a wholly owned subsidiary of Defendant Google Inc.

Dated: September 27, 2013      By:   */s/ Nicholas H. Lee*
                                                           Michael A. Berta (SBN 194650)
                                                           ARNOLD & PORTER LLP
                                                           Three Embarcadero Center, 7th Floor
                                                           San Francisco, CA 94111
                                                          Phone: (415) 471-3100
                                                          Fax: (415) 471-3400
                                                          michael.berta@aporter.com

                                                          Nicholas H. Lee (SBN 259588)
                                                          ARNOLD & PORTER LLP
                                                          777 S. Figueroa Street, 44th Floor
                                                          Los Angeles, CA 90017
                                                          Phone: (213) 243-4000
                                                          Fax: (213) 243-4199
                                                          nicholas.lee@aporter.com

                                                          Sara P. Zogg (admitted *pro hac vice*)
                                                          ARNOLD & PORTER LLP
                                                          555 Twelfth Street, NW
                                                          Washington, DC 20004
                                                          Phone: (202) 942-5000
                                                          Fax: (202) 942-5999
                                                          sara.zogg@aporter.com

                                                          *Attorneys for Defendants*
                                                          GOOGLE INC. and YOUTUBE, LLC

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of September, 2013, a copy of the foregoing was filed using the Court's Electronic Case Filing (ECF) system, which will send notice of such filing to the following counsel of record:

Ashley McMillian [amcmillian@susmangodfrey.com]

Joseph Grinstein [jgrinstein@susmangodfrey.com]

Justin Nelson [jnelson@susmangodfrey.com]

Kalpana Srinivasan [ksrinivasan@susmangodfrey.com]

Marc Seltzer [mseltzer@susmangodfrey.com]

Sandeep Seth [sseth@susmangodfrey.com]

Max Tribble, Jr. [mtribble@susmangodfrey.com]

Jeff Rambin [jrambin@capshawlaw.com]

Elizabeth Derieux [ederieux@capshawlaw.com]

Sidney Capshaw [ccapshaw@capshawlaw.com]

By: */s/ Nicholas H. Lee*
Nicholas H. Lee

*Counsel for Defendants
Google Inc. and YouTube, LLC*