MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SANDEEP SETH (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com
sseth@susmangodfrey.com

Attorneys for Plaintiff PersonalWeb Technologies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC**.** AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. AND YOUTUBE, LLC<br><br>Defendants. | Case No. 5:13-cv-01317 EJD<br><br>**PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, PersonalWeb Technologies, LLC ("PersonalWeb") seeks leave to file under seal PersonalWeb's Memorandum of Points and Authorities in Support of PersonalWeb's Motion for Leave to Amend its Complaint and Infringement Contentions ("Motion for Leave") and exhibits 1-9 and 12-14 to the Declaration of Davida Brook in support of PerosonalWeb's Motion for Leave to Amend its Complaint and Infringement Contentions.

Specifically, PersonalWeb seeks leave to file under seal the exhibits to the Brook Declaration because they are excerpts of correspondence and contentions that may be considered "Confidential" or "Highly Confidential" under the protective order in this case. *See* Dkt. 89. Similarly, PersonalWeb seeks leave to file its Motion for Leave under seal because it references, paraphrases, and/or quotes the information in these exhibits.

Accordingly, PersonalWeb respectfully requests that the Court grant PersonalWeb's Administrative Motion to File Under Seal.

Dated: November 4, 2013

MARC M. SELTZER
KALPANA SRINIVASAN
DAVIDA BROOK
MAX L. TRIBBLE, JR.
JOSEPH GRINSTEIN
ASHLEY L. MCMILLIAN
SANDEEP SETH
SUSMAN GODFREY LLP

By: */s/ Kalpana Srinivasan*
Kaplana Srinivasan

Attorneys for Plaintiff PersonalWeb Technologies, LLC

1
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5
CASE NO. 5:13-CV-01317 EJD

2928967v1/012790