ARNOLD & PORTER LLP
Michael A. Berta (SBN 194650)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

Nicholas H. Lee (SBN 259588)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

Attorneys for Defendants
Google Inc. and YouTube, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC. and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:13-cv-01317-EJD<br><br>**DEFENDANTS' MOTION FOR SANCTIONS BASED ON PERSONALWEB'S SPOLIATION OF EVIDENCE**<br><br>Hearing Date:  February 7, 2014<br>Hearing Time:  9:00 a.m.<br>Courtroom:  Courtroom 4, 5th Floor, San Jose<br>Judge:  Hon. Edward J. Davila |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to this Court's inherent authority to award sanctions, Defendants Google Inc. and YouTube, LLC hereby move the Court for sanctions, up to and including dismissal of this action, based upon Plaintiff PersonalWeb Technologies, LLC's ("PersonalWeb") spoliation of evidence. A hearing on Defendants' Motion is scheduled for February 7, 2014 at 9 a.m. before Judge Davila in Courtroom 4, 5th Floor of the San Jose courthouse.

Defendants respectfully submit the accompanying brief, declaration of Nicholas H. Lee and attached exhibits, and proposed order in support of their motion for sanctions. Defendants incorporate these materials by reference.

Dated: November 8, 2013         By:  */s/ Michael A. Berta* (with permission)
                                     Michael A. Berta (SBN 194650)
                                     ARNOLD & PORTER LLP
                                     Three Embarcadero Center, 7th Floor
                                     San Francisco, CA 94111
                                     Phone: (415) 471-3100
                                     Fax: (415) 471-3400
                                     michael.berta@aporter.com

                                     Nicholas H. Lee (SBN 259588)
                                     ARNOLD & PORTER LLP
                                     777 S. Figueroa Street, 44th Floor
                                     Los Angeles, CA 90017
                                     Phone: (213) 243-4000
                                     Fax: (213) 243-4199
                                     nicholas.lee@aporter.com

                                     Sara P. Zogg (admitted *pro hac vice*)
                                     ARNOLD & PORTER LLP
                                     555 Twelfth Street, NW
                                     Washington, DC 20004
                                     Phone: (202) 942-5000
                                     Fax: (202) 942-5999
                                     sara.zogg@aporter.com

                                     *Attorneys for Defendants*
                                     GOOGLE INC. and YOUTUBE, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the 8th day of November, 2013, a copy of the foregoing was served via the Court's ECF system, which will send electronic notice to the following counsel. In addition, I hereby certify that I served a copy of all materials filed under seal on counsel of record via electronic mail on this same date:

Davida Brook [dbrook@susmangodfrey.com]
Kalpana Srinivasan [ksrinivasan@susmangodfrey.com]
Max Tribble, Jr. [mtribble@susmangodfrey.com]
Sandeep Seth [sseth@susmangodfrey.com]
Ashley McMillian [amcmillian@susmangodfrey.com]
Joseph Grinstein [jgrinstein@susmangodfrey.com]
Marc Seltzer [mseltzer@susmangodfrey.com]
Jeffrey Rambin [jrambin@capshawlaw.com]
Elizabeth DeRieux [ederieux@capshawlaw.com]
Sidney Capshaw [ccapshaw@capshawlaw.com]
Jack Wesley Hill [wh@wsfirm.com]
Thomas Ward Jr. [jw@wsfirm.com]

*/s/ Nicholas H. Lee*
Nicholas H. Lee

---

DEFENDANTS' MOTION FOR SANCTIONS
BASED ON SPOLIATION
Case No. 13-cv-01317