ARNOLD & PORTER LLP
Michael A. Berta (SBN 194650)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

Nicholas H. Lee (SBN 259588)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

Attorneys for Defendants
Google Inc. and YouTube, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:13-cv-01317-EJD <br><br> **DECLARATION OF NICHOLAS H. LEE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS BASED ON PERSONALWEB'S SPOLIATION OF EVIDENCE** <br><br> Hearing Date: February 7, 2014 <br> Hearing Time: 9:00 a.m. <br> Courtroom: Courtroom 4, 5th Floor, San Jose <br> Judge: Hon. Edward J. Davila |

I, Nicholas H. Lee, declare as follows:

1.  I am over 18 years of age. I am an associate at Arnold & Porter LLP, counsel for Defendants Google Inc. and YouTube, LLC (collectively, "Google") in this matter. I have personal knowledge of the facts stated herein, and, if called upon, could and would testify competently to them. I make this declaration in support of Defendants' Motion for Sanctions Based on PersonalWeb's Spoliation of Evidence, filed herewith.

2.  PersonalWeb filed this lawsuit against Google on December 8, 2011 in the Eastern District of Texas. PersonalWeb also filed lawsuits against NEC Corporation of America, Inc. (Case No. 11-655), NetApp, Inc. (Case No. 11-657), Amazon.com, Inc., Amazon Web Services LLC and DropBox, Inc. (Case No. 11-658), Caringo, Inc. (Case No. 11-659), EMC Corp and VMware, Inc. (Case No. 11-660) and Autonomy, Inc. (Case No. 11-683).

3.  In September 2012, PersonalWeb filed – lawsuits in the Eastern District of Texas against Yahoo! Inc. (Case No. 12-658), Rackspace US, Inc. and Rackspace Hosting, Inc. (Case No. 12-659), Apple Inc. (Case No. 12-660), International Business Machines Corporation (Case No. 12-661), Facebook, Inc. (Case No. 12-662) and Microsoft Corp. (Case No. 12-663).

4.  On March 22, 2013, Google served a set of requests for production on PersonalWeb related to the spoliation issues described in the brief filed herewith. PersonalWeb responded on April 25, 2013, indicating that it would provide logs, metrics and other documents to reflect usage, number and volume of emails sent or received, etc. (See Exhibit 10.) As of November 8, 2013, PersonalWeb has not produced those metrics.

5.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Jacob Michael Drew, taken on September 21, 2012. PersonalWeb has designated this transcript as CONFIDENTIAL pursuant to the protective order in this case.

6.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Joshua Jarvis, taken on February 21, 2013. PersonalWeb has designated this transcript as CONFIDENTIAL – OUTSIDE COUNSEL ONLY pursuant to the protective order in this case.

7.  Attached hereto as Exhibit 3 is a copy of an email string from Mike Weiss (top) and Cris Andrews (bottom) to PersonalWeb employees, dated on or about October 5, 2011.

1   PersonalWeb produced this document to Google at PWEB 052709-10.  This document was marked

2   as Exhibit 10 in the deposition of Joshua Jarvis.

3          8.       Attached hereto as Exhibit 4 is a copy of an email string from Mike Weiss at

4   PersonalWeb to the company's employees, dated September 18, 2012, Subject: Re: Litigation Hold

5   – eMail Retention Policy – part 2.  PersonalWeb produced this document to Google at PWEB

6   052698-708.  This document was marked as Exhibit 11 to the deposition of Joshua Jarvis.

7          9.       Attached hereto as Exhibit 5 is a true and correct copy of the email from Ashley

8   McMillian at Susman Godfrey (counsel for PersonalWeb in this matter) to myself and others at

9   Arnold & Porter LLP (counsel for Google in this matter), dated October 26, 2012.

10        10.       Attached hereto as Exhibit 6 is a copy of a press release entitled "PersonalWeb

11  Launches StudyPods" dated December 6, 2011, which counsel for Google obtained from

12  PersonalWeb's website, http://www.personalweb.com.

13        11.       Attached hereto as Exhibit 7 is a true and correct copy of excerpts from

14  PersonalWeb's Second Amended Disclosure of Asserted Claims and Infringement Contentions

15  Pursuant to Patent Rule 3-1, dated January 22, 2013.

16        12.       Attached hereto as Exhibit 8 is a true and correct copy of a letter from Nicholas

17  Nowak (formerly of Arnold & Porter LLP, counsel for Google) to Ashley McMillian at Susman

18  Godfrey (counsel for PersonalWeb), dated October 24, 2012.

19        13.       Attached hereto as Exhibit 9 is a copy of an email from Mike Weiss of PersonalWeb

20  to the company's employees, dated September 8, 2011, Subject: PATENT MARKING.

21  PersonalWeb produced this document to Google at PWEB 053266-67, and marked this document

22  CONFIDENTIAL pursuant to the protective order in this matter.  This document was marked as

23  Exhibit 7 in the deposition of Joshua Jarvis.

24        14.       Attached hereto as Exhibit 10 is a true and correct copy of excepts of PersonalWeb's

25  response to Google's requests for production, served on April 25, 2013.

26        15.       Attached hereto as Exhibit 11 is a true and correct copy of a letter from Ryan

27  Nishimoto of Arnold & Porter LLP (counsel for Google) to Max Tribble of Susman Godfrey

28  (counsel for PersonalWeb), dated May 10, 2013.

16. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Kalpana Srinivasan of Susman Godfrey (counsel for PersonalWeb) to Ryan Nishimoto of Arnold & Porter LLP (counsel for Google), dated May 24, 2013.

17. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Ryan Nishimoto of Arnold & Porter LLP (counsel for Google) to Kalpana Srinivasan of Susman Godfrey (counsel for PersonalWeb), dated August 22, 2013. This letter cites to and quotes from certain deposition transcripts, which PersonalWeb has designated a CONFIDENTIAL or higher under the protective order in this case.

18. Attached hereto as Exhibit 14 is a true and correct copy of an email from Kalpana Srinivasan of Susman Godfrey (counsel for PersonalWeb) to Ryan Nishimoto of Arnold & Porter LLP (counsel for Google), dated September 9, 2013.

19. Attached hereto as Exhibit 15 is a copy of a letter from Max Tribble of Susman Godfrey (counsel for PersonalWeb) to Andy Tindel (counsel for Jake Drew, a deponent in this action), dated August 9, 2012.

20. Attached hereto as Exhibit 16 is a true and correct copy of an email from Kalpana Srvinivasan of Susman Godfrey (counsel for PersonalWeb) to myself and others at Arnold & Porter LLP (counsel for Google), dated October 10, 2012.

21. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the privilege log that PersonalWeb's counsel served on May 6, 2013.

22. Attached hereto as Exhibit 18 is a copy of an article titled "Aussie eyes Applie, Google over 'cloud' music patents," dated July 6, 2011 that was obtained from http://www.itnews.com.au/News/….

23. Attached hereto as Exhibit 19 is a copy of the webpage "Brilliant Digital In The News" from http://www.brilliantdigital.com/about/news.asp, as of September 12, 2013. That webpage contains a hyperlink to the article identified as Exhibit 18 in the paragraph above.

24. Attached hereto as Exhibit 20 is a copy of the webpage "Investments" from http://www.brilliantdigital.com/products/index.asp, as of September 12, 2013.

1     25.     Attached hereto as Exhibit 21 is a copy of an email from Kevin Beremeister to Mike
2 Weiss, dated November 21, 2011, Subject:  RE: Funds.  PersonalWeb produced this document to
3 Google at PWEB 000085, and marked this document CONFIDENTIAL-ATTORNEYS EYES
4 ONLY pursuant to the protective order in this matter.

5     26.     Attached hereto as Exhibit 22 is a copy of an email from Anthony Neumann at
6 Brilliant Digital to Mike Weiss at PersonalWeb, dated January 26, 2012, Subject:  RE: what's your
7 skype name?  I have a question.  PersonalWeb produced this document to Google at PWEB
8 000143-44, and marked this document CONFIDENTIAL-ATTORNEYS EYES ONLY pursuant to
9 the protective order in this matter.

10    27.     Attached hereto as Exhibit 23 is a copy of an email from Anthony Neumann at
11 Brilliant Digital to Mike Weiss at PersonalWeb, dated February 22, 2012, Subject:  RE: Funds.
12 PersonalWeb produced this document to Google at PWEB 000135-36, and marked this document
13 CONFIDENTIAL-ATTORNEYS EYES ONLY pursuant to the protective order in this matter.

14    28.     Attached hereto as Exhibit 24 is a copy of an email from Anthony Neumann at
15 Brilliant Digital to Mike Weiss at PersonalWeb, dated March 28, 2012, Subject:  RE: April Funds.
16 PersonalWeb produced this document to Google at PWEB 000081-82, and marked this document
17 CONFIDENTIAL-ATTORNEYS EYES ONLY pursuant to the protective order in this matter.

18    29.     Attached hereto as Exhibit 25 is a copy of an email from Kevin Bermeister at
19 Brilliant Digital to Mike Weiss at PersonalWeb, dated March 21, 2012, Subject:  FW: Invoice from
20 Hospitality House LLC.  PersonalWeb produced this document to Google at PWEB 000130, and
21 marked this document CONFIDENTIAL-ATTORNEYS EYES ONLY pursuant to the protective
22 order in this matter.

23    30.     Attached hereto as Exhibit 26 is a copy of an email from Anthony Neumann at
24 Brilliant Digital to Mike Weiss at PersonalWeb, dated April 4, 2012, Subject:  RE: E&O insurance.
25 PersonalWeb produced this document to Google at PWEB 000076-77, and marked this document
26 CONFIDENTIAL-ATTORNEYS EYES ONLY pursuant to the protective order in this matter.

27    31.     Attached hereto as Exhibit 27 is a copy of a 2011 article, "Ex-Morpheus & Kazaa
28 Execs Team Up To Become Patent Trolls," printed from the news database on Westlaw.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 8, 2013          By:  */s/ Nicholas H. Lee*
                                      Nicholas H. Lee (SBN 259588)
                                      ARNOLD & PORTER LLP
                                      777 S. Figueroa Street, 44th Floor
                                      Los Angeles, CA 90017
                                      Phone: (213) 243-4000
                                      Fax: (213) 243-4199
                                      nicholas.lee@aporter.com