*E-Filed: November 15, 2013*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:13-cv-01317-EJD <br><br> [PROPOSED] ORDER APPROVING JOINT STIPULATION AND GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND INFRINGEMENT CONTENTIONS (DKT. 206) (MODIFIED BY THE COURT) |

("[PROPOSED]" struck through; "(MODIFIED BY THE COURT)" added in red)

The Court, having considered the parties' joint stipulation and motion for a one-week extension of time for Defendants Google Inc. and YouTube, LLC to file their response to Plaintiff PersonalWeb Technologies, LLC's Motion for Leave to Amend its Complaint and Infringement Contentions (Dkt. # 206), hereby GRANTS the motion.  The deadline for Defendants to file their response is extended from November 18, 2013 to ~~November 25, 2013~~ November 22, 2013.  Plaintiff's reply is due on ~~December 2, 2013~~ November 29, 2013.

~~PURSUANT TO STIPULATION,~~ IT IS SO ORDERED.

Dated:  11/15/13

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE