MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SANDEEP SETH (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com
sseth@susmangodfrey.com

Attorneys for Plaintiff PersonalWeb Technologies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC. AND YOUTUBE, LLC<br><br>Defendants. | Case No 13-cv-01317 (EJD)<br><br>**[XXXXXX] [PROPOSED] ORDER RE JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO CIVIL LOCAL RULE 6-2** |

Good cause appearing therefor, the Joint Stipulation Requesting Extension of Deadline To Respond To Defendants' Motion For Sanctions is hereby GRANTED.

The Court ORDERS that:

1. PersonalWeb shall have until December 2, 2013, to respond to Defendants' Motion For Sanctions.

2. Google shall have until December 9, 2013, to file its reply in support of its Motion For Sanctions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __11/15__, 2013

_____
The Honorable Edward J. Davila
UNITED STATES JUDGE