**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et. al.,<br><br>        Plaintiff(s),<br>   v.<br><br>GOOGLE INC., et. al.,<br><br>        Defendant(s). | CASE NO. 5:13-cv-01317 EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, Defendants' Motion for Sanctions based on Spoilation of Evidence is hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution. Defendants shall re-notice the Motion accordingly.

**IT IS SO ORDERED.**

Dated:  November 21, 2013

                                                                                   _____
                                                                                   EDWARD J. DAVILA
                                                                                   United States District Judge