**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC. and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:13-cv-01317-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SANCTIONS BASED ON PERSONALWEB'S SPOLIATION OF EVIDENCE AND (2) RELATED EXHIBITS** |

The Court, having considered Defendants Google Inc.'s and YouTube, LLC's administrative motion to file under seal the following:  (1) portions of Defendants' Brief in Support of Motion for Sanctions Based on PersonalWeb's Spoliation of Evidence and (2) Exhibits 1, 2, 9, 13, 21, 22, 23, 24, 25 and 26, which are attached to the Declaration of Nicholas H. Lee In Support of Defendants' Motion for Sanctions Based on PersonalWeb's Spoliation of Evidence, finds that good cause exists pursuant to Civil Local Rule 79-5(d) for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal the following:  (1) portions of Defendants' Brief in Support of Motion for Sanctions Based on PersonalWeb's Spoliation of Evidence and (2) Exhibits 1, 2, 9, 13, 21, 22, 23, 24, 25 and 26 to the Lee Declaration.

IT IS SO ORDERED.

Dated:  November 22, 2013

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE