UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   January 21, 2014                          Time in Court: 30 minutes
                                                  10:03 - 10:33

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  PersonalWeb Technologies LLC v. Google, Inc. et al
**CASE NUMBER**:  5:13-cv-01317-EJD
Plaintiff Attorney present: Max Tribble, Kalpana Srinivasan and Davida Brook
Defendant Attorney present:   Michael Berta and Sara Zogg

**PROCEEDINGS:** Motion for Sanctions Based on PersonalWeb's Spoliation of Evidence


Counsel present arguments.

Matter taken under submission.  Court to issue written ruling.