IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | CASE NO. 5:13-cv-01317 EJD |
| Plaintiff(s), | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| GOOGLE INC., et. al., | |
| Defendant(s). | |

The hearing on Defendants' Motion for Summary Judgment (see Docket Item No. 218) is hereby CONTINUED from February 7, 2014, to **March 7, 2014, at 9:00 a.m.**

On or before **February 10, 2014**, Defendants shall do the following:

1. File the *redacted* version of the Motion for Summary Judgment as a separate docket entry on ECF. When filing, Defendants shall choose the event "motion" and schedule the hearing for March 7, 2014.

2. File the *unredacted* version of the Motion for Summary Judgment as a separate docket entry on ECF under e-seal.

**IT IS SO ORDERED.**

Dated: February 4, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-01317 EJD
ORDER CONTINUING MOTION HEARING