IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | CASE NO. 5:13-cv-01317 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| v. | |
| GOOGLE, INC., et. al., | |
| Defendant(s). | [Docket Item No(s). 273] |

Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Docket Item No. 273) is deemed DENIED pursuant to the relevant provisions of Civil Local Rule 72-2.[1]

**IT IS SO ORDERED.**

Dated: March 21, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] "If no order denying the motion or setting a briefing schedule is made within 14 days of filing the motion, the motion shall be deemed denied." Civ. L.R. 72-2.

1

CASE NO. 5:13-cv-01317 EJD
ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE