*E-Filed: April 23, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>   Plaintiffs,<br>   v.<br><br>GOOGLE INC. and YOUTBUE, LLC,<br><br>   Defendants. | No. C13-01317-EJD (HRL)<br><br>**ORDER TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW**<br><br>**[Re: Docket No. 268]** |

As a consequence of PersonalWeb's spoliation, the Court awarded Google monetary sanctions sufficient to reimburse it for reasonable attorney's fees and costs. The Court ordered Google to submit a declaration with supporting documentation describing with particularity each reimbursable expense. Google's submission included an export from its timekeeping database, but it redacted the biller's narrative and instead offered to submit the unredacted export for *in camera* inspection. Accordingly, within seven days of the date of this order, Google shall submit the unredacted documents for *in camera* inspection.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-01317 Notice will be electronically mailed to:**

Adam Hockensmith     ahockensmith@susmangodfrey.com, jdunaven@susmangodfrey.com

Allen Franklin Gardner     allengardner@potterminton.com

Ashley Lauren McMillian     amcmillian@susmangodfrey.com

Davida P Brook     dbrook@susmangodfrey.com, eball@susmangodfrey.com

Daymon Jeffrey Rambin     jrambin@capshawlaw.com

Elizabeth DeRieux     ederieux@capshawlaw.com

Joseph S. Grinstein     jgrinstein@susmangodfrey.com, tadkins@susmangodfrey.com

Justin Adatto Nelson     jnelson@susmangodfrey.com

Kalpana Srinivasan     ksrinivasan@susmangodfrey.com, hdanielson@susmangodfrey.com

Marc M. Seltzer     mseltzer@susmangodfrey.com

Matthew M. Wolf     matthew.wolf@aporter.com

Max Lalon Tribble , Jr     mtribble@susmangodfrey.com, tadkins@susmangodfrey.com

Michael A. Berta     michael.berta@aporter.com, alaina.austin@aporter.com, sfcalendar@aporter.com

Michael Anthony Berta     michael.berta@aporter.com

Michael E Jones     mikejones@potterminton.com

Nicholas Lee     nicholas.lee@aporter.com

Nicholas H Lee     nicholas.lee@aporter.com, donna.johnson@aporter.com, elizabeth.tryon@aporter.com, john.fitzpatrick@aporter.com, MaryAnne.Donaldson@aporter.com

Ryan J. Casamiquela     ryan.casamiquela@aporter.com, jane.rustice@aporter.com, SFCalendar@aporter.com

Sandeep Seth     ss@sethlaw.com

Sara Patricia Zogg     sara.zogg@aporter.com

Sidney Calvin Capshaw , III     ccapshaw@capshawlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**