**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et. al., | CASE NO. 5:13-cv-01317 EJD |
| | **ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)** |
| Plaintiff(s), | |
| v. | |
| GOOGLE, INC., et. al., | |
| Defendant(s). | |
| _____/ | |

Presently before the court are two Motions to Seal certain documents filed by the parties in connection with Defendants' Motion to Stay Pending Inter-Parties Review and Arbitration.  See Docket Item Nos. 303, 309.  Part of Defendants' sealing request involves documents designated confidential by Plaintiffs.  The entirety of Plaintiffs' sealing request involves documents designated confidential by Defendants.

Civil Local Rule 79-5(d) states:

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. *Within 7 days thereafter, the designating party must file with*

1

*the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.*  If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

The sealing motions were filed on May 21, 2014, and June 13, 2014, respectively.  Yet, neither party has filed an appropriate declaration pursuant to the relevant portion of Civil Local Rule 79-5(d) supporting their confidentiality designations in response to the opposing party's Motion to Seal.

Accordingly, the court extends the deadline for the parties to file declarations pursuant to Civil Local Rule 79-5(d) until **July 8, 2014.**  Failure to file a compliant declaration by the extended deadline will result in an order denying the sealing motions in whole or in part.

**IT IS SO ORDERED.**

Dated:  July 3, 2014

EDWARD J. DAVILA
United States District Judge

United States District Court
For the Northern District of California

2

CASE NO. 5:13-cv-01317 EJD
ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)