IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et. al., | CASE NO. 5:13-cv-01317 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |
| v. | |
| GOOGLE, INC., et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-2, Defendants shall file written opposition to Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order (Docket Item No. 333), if any, on or before **September 23, 2014.** The opposition brief shall not exceed five (5) pages in length. No reply brief shall be filed or considered. The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: September 16, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-01317 EJD
ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER