**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:13-cv-01317-EJD (HRL) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC** |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of this case shall be:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:13-cv-01317-EJD |

IT IS SO ORDERED.

Dated: 11/3/2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE